UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA**
**upon the relation and for the use of the**
**TENNESSEE VALLEY AUTHORITY,**

**Plaintiff,**

    v.                                                              No. 1:25-cv-02316-STA-jay

**AN EASEMENT AND RIGHT-OF-WAY**
**OVER 5.08 ACRES OF LAND, MORE OR**
**LESS, IN CHESTER COUNTY, TENNESSEE, and**
**HUNTER FAULKNER,**
**REBECCA FAULKNER, his wife,**
**FARM CREDIT MID-AMERICA, FLCA,**
**B. TIMOTHY WILLIAMS, trustee,**

**Defendants.**

ORDER GRANTING MOTION FOR ENTRY OF ORDER
OF IMMEDIATE POSSESSION AND
<u>ORDER OF POSSESSION</u>

Plaintiff's *ex parte* motion for entry of an order of immediate possession (ECF No. 12) is **GRANTED**. Pursuant to 40 U.S.C. §§ 3114−3118, which authorizes the Court "to give the Government immediate possession of the [condemned] property," *United States v. Miller*, 317 U.S. 369, 381 (1943), it is hereby **ORDERED** that the Tennessee Valley Authority ("TVA"), as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit TVA to carry on any of its operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of said property to the TVA.

    IT IS SO ORDERED.

                                                           s/ S. Thomas Anderson
                                                           S. THOMAS ANDERSON
                                                           UNITED STATES DISTRICT JUDGE

                                                           Date:  March 31, 2025